UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

✓ FILED  _____ RECEIVED
_____ ENTERED  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN - 4 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE MATTER OF THE PARTIAL   )   MINUTES OF THE COURT
REPORTS OF THE GRAND JURY FOR  )
THE MAY 19, 2014, TERM         )   DATED: June 4, 2014
_____)

PRESENT:  **HONORABLE VALERIE P. COOKE**  UNITED STATES MAGISTRATE JUDGE

Deputy Clerk:  Heidi Jordan    Court Reporter:  Diane Brumley, Bonanza Reporting

U. S. Attorney by:  Carla Higginbotham

PROCEEDINGS: GRAND JURY

The roll of the Grand Jury is taken.  ( 22 members present which constitutes a quorum).

The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

On motion of the United States Attorney, **IT IS ORDERED** that the said report and indictment(s) be filed. There are  no  sealed indictments.

On motion of the United States Attorney,

**IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants or Summonses issue where indicated:

3:14-CR-0046-RCJ-VPC                USA v. ERIC JEMEL HARRIS
                                    Warrant to Issue

                                    USA v. RICHARD ADRIAN
                                    BROWN-DAVIS
                                    Warrant to Issue

3:14-CR-0047-MMD-WGC                USA v. NICHOLAS RIDER
                                    WESSEL
                                    Warrant to Issue

Minutes of the Grand Jury
June 4, 2014
Page Two
_____/

| | |
|---|---|
| 3:14-CR-0048-HDM-WGC | USA v. DARRELL JENKINS, JR.<br>Warrant to Issue |
| 3:14-CR-0049-MMD-VPC | USA v. ALEXANDER JOSEPH RADFORD<br>(3:14-MJ-0041-VPC)<br>In Custody<br>Preliminary Examination scheduled on **Thursday, June 12, 2014 at 3:00 p.m.**, before Magistrate Judge William G. Cobb Courtroom No. 2 converts to an Arraignment and Plea. |
| 3:14-CR-0050-MMD-WGC | USA v. JAMES HARWIN<br>(3:14-MJ-0045-WGC)<br>In Custody<br>Preliminary Examination scheduled on **Thursday, June 12, 2014 at 3:00 p.m.**, before Magistrate Judge William G. Cobb Courtroom No. 2 converts to an Arraignment and Plea. |
| 3:14-CR-0025-HDM-VPC<br>SUPERSEDING INDICTMENT | USA v. LAWRENCE KOMINEK<br>(In Custody)<br>Arraignment & Plea on superseding indictment scheduled for **Wednesday, June 11, 2014 at 3:00 p.m.**, in Courtroom No. 2 before Magistrate Judge William G. Cobb. |

  IT IS ORDERED that the Grand Jury report upon notice.

Grand Jury convened at 9:00 a.m.

Grand Jury adjourned at 4:15 p.m.

LANCE S. WILSON, CLERK
By: _____
Heidi Jordan, Deputy Clerk